FILED

JAN 02 2018

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TREVOR McLEOD,<br><br>Defendant. | CR 08–09–BU–DWM<br><br>ORDER |

Defendant Trevor McLeod's Motion for Early Termination of Supervised Release is now before the Court. (Doc. 50.) Having considered the factors in 18 U.S.C. § 3553(a), the conduct of Defendant, and Defendant's arguments, the Court is satisfied that early termination is warranted by "the interest of justice." 18 U.S.C. § 3583(e)(1).

Accordingly, IT IS ORDERED that Defendant's motion (Doc. 50) is GRANTED. Defendant's supervision is deemed terminated as of today's date.

Dated this 2nd day of January, 2018.

Donald W. Molloy, District Judge
United States District Court